IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HOLT and<br>CASEY HOLT | : | 4:15-CV-01728 |
| Plaintiffs, | : | |
| v. | : | |
| LOWE'S HOME CENTERS, LLC, | : | (Judge Brann) |
| Defendant. | : | |

**ORDER**
February 10, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant's Motion to Dismiss[1] is GRANTED, and the case dismissed, with prejudice. The Clerk of Court is directed to close the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

---

[1] ECF No. 13.

1